# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2522
LT Case No. 2006-033792-CFAES

_____

MICHAEL EUGENE PAINTER ,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

_____

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Matthew J. Metz, Public Defender, and Mitchel Novas, Assistant Public Defender, Daytona Beach, for Petitioner.

Ashley Moody, Attorney General, Tallahassee, and Rebecca Rock McGuigan, Assistant Attorney General, Daytona Beach, for Respondent.


August 25, 2023


PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the November 4, 2021 order designating Petitioner a sexual predator and rendered in Case No. 2006-033792-CFAES, in the Circuit Court in and for Volusia County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

JAY, BOATWRIGHT, and MACIVER, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____